### 8771. PRITCHETT v. THE STATE.

WADE, C. J. 1. There was direct evidence to support every material allegation made in the indictment, and therefore this court is without authority to set aside the verdict of the jury based thereon.

2. The defendant being on trial for gaming, the court did not err in admitting testimony as to the reputation as a gambling place of the room where the evidence of the State's witness placed him, and where he admitted he was at the time the alleged crime was committed.

*Judgment affirmed. George and Luke, JJ., concur.*

DECIDED JUNE 13, 1917.

Accusation of gaming; from city court of Floyd county.—Judge Nunnally. April 5, 1917.

*J. W. Ewing, Denny & Wright,* for plaintiff in error.

*James F. Kelly, solicitor,* contra.

---

### 8772. CALLOWAY v. THE STATE.

GEORGE, J. 1. The court did not err in admitting the evidence of the witness Collins, set out in ground 4 of the amendment to the motion for new trial, over the objections urged thereto. Certain portions of the evidence may have been objectionable, but the objection was made to it as a whole, and some of it was both relevant and material.

2. The court did not err in overruling the objections to, and in admitting, the testimony of the witness Sauls complained of in the 5th ground of the amendment to the motion for new trial.

3. The evidence was sufficient to warrant the conviction of the accused, and the court did not err in overruling the motion for new trial.

*Judgment affirmed. Wade, C. J., and Luke, J.; concur.*

DECIDED JUNE 13, 1917.

Accusation of carrying pistol without license; from city court of Albany—Judge Clayton Jones. April 10, 1917.

*R. J. Bacon, R. H. Ferrill,* for plaintiff in error.

*Cruger Westbrook, solicitor,* contra.